NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMPETITIVE EDGE, INC.
and DAVID M. GREENSPON,**
*Plaintiffs-Appellants,*

**v.**

**STAPLES, INC. and
STAPLES THE OFFICE SUPERSTORE EAST, INC.,**
*Defendants-Appellees.*

---

2010-1340

---

Appeal from the United States District Court for the Northern District of Illinois in No. 08-CV-0956, Judge Virginia M. Kendall.

---

**JUDGMENT**

---

ROBERT N. HOCHMAN, Sidley Austin LLP, of Chicago, Illinois, argued for plaintiffs-appellants. With him on the brief was THOMAS D. REIN.

BARBARA L. MOORE, Edward Angell Palmer & Dodge, LLP, of Boston, Massachusetts, argued for defendants-appellees. With her on the brief were DAVID COTTA and ANDREW T. O'CONNOR. Of counsel was DEBORAH HIGASHI DODGE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2011          /s/ Jan Horbaly
Date                        Jan Horbaly
                                    Clerk